UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Jose S Ayala  
    Takiela C Ayala  
        Debtor(s)

Case No. 12 B 33318

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 08/22/2012.

    2) The plan was confirmed on 11/06/2012.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/24/2014.

    5) The case was Dismissed on 04/08/2014.

    6) Number of months from filing to last payment: 16.

    7) Number of months case was pending: 22.

    8) Total value of assets abandoned by court order: NA.

    9) Total value of assets exempted: NA.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,742.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$5,742.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,097.34 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $238.87 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,336.21** |

Attorney fees paid and disclosed by debtor:    $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Alw Sourcing | Unsecured | 3,118.00 | NA | NA | 0.00 | 0.00 |
| American Educational Services | Unsecured | 4,484.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 1,289.00 | 1,288.65 | 1,288.65 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 679.14 | 679.14 | 0.00 | 0.00 |
| Amo Recoveries | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| Atlas Acquisitions LLC | Unsecured | NA | 718.00 | 718.00 | 0.00 | 0.00 |
| Card Services | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| CashCall Inc | Unsecured | 1,500.00 | 1,512.42 | 1,512.42 | 0.00 | 0.00 |
| CashNet USA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | NA | 729.86 | 729.86 | 0.00 | 0.00 |
| CB USA | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CBA | Unsecured | 341.00 | NA | NA | 0.00 | 0.00 |
| CBNA | Unsecured | 3,725.00 | NA | NA | 0.00 | 0.00 |
| COBAR Acquisitions | Secured | 7,893.00 | 8,162.40 | 7,893.00 | 1,970.82 | 434.97 |
| COBAR Acquisitions | Unsecured | NA | 269.40 | 269.40 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 210.00 | 375.84 | 375.84 | 0.00 | 0.00 |
| Consultants In Pathology | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 2,173.00 | 2,242.70 | 2,242.70 | 0.00 | 0.00 |
| First Choice Loans | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| FMS Inc | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial Services | Unsecured | 7,558.00 | 519.50 | 519.50 | 0.00 | 0.00 |
| Geico Insurance | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 396.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| InSolve Recovery LLC | Unsecured | 1,321.00 | 1,357.80 | 1,357.80 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 663.00 | 673.40 | 673.40 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 703.41 | 703.41 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Leading Edge Recovery Solutions | Unsecured | 801.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 775.00 | NA | NA | 0.00 | 0.00 |
| Municipal Services Bureau | Unsecured | 73.00 | 73.00 | 73.00 | 0.00 | 0.00 |
| NCO Financial Systems | Unsecured | 1,024.00 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| Pay Day Loans | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corp | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit Corp | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Recovery Inc | Unsecured | 1,146.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 509.00 | 393.21 | 393.21 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 349.00 | 414.36 | 414.36 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 105.00 | 304.77 | 304.77 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 446.00 | 446.46 | 446.46 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 300.00 | 299.18 | 299.18 | 0.00 | 0.00 |
| Professional Account Management | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| QC Financial Services | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 450.76 | 450.76 | 0.00 | 0.00 |
| QVC | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 1,803.84 | 1,803.84 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 358.39 | 358.39 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| South Suburban College | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| St Ambrose University | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| Standard Bank & Trust Co | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| TCF National Bank | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 7,830.00 | 4,598.95 | 4,598.95 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 3,378.98 | 3,378.98 | 0.00 | 0.00 |
| US Fast Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Village of South Holland | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Auto Finance | Unsecured | 20,000.00 | 19,950.93 | 19,950.93 | 0.00 | 0.00 |
| Western Sky Financial | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Wyse Financial Services Inc | Unsecured | 2,575.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,893.00 | $1,970.82 | $434.97 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,893.00** | **$1,970.82** | **$434.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$43,542.95** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,336.21 |
| Disbursements to Creditors | $2,405.79 |
| **TOTAL DISBURSEMENTS:** | **$5,742.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/19/2014   By: /s/ Marilyn O. Marshall
                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**